UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDY GRACIANO, ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,

                PLAINTIFFS,

            v.

MOMOTARO APOTHECA LLC

                DEFENDANT.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**CIVIL ACTION NO. 1:21-CV-8759**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Sandy Graciano and his counsel hereby give notice that all claims in the above-captioned action against Defendant Momotaro Apotheca LLC are voluntarily dismissed, with prejudice. Each party is to bear its own attorneys' fees, costs and expenses.

Dated: January 10, 2022 ~~November ___, 2021~~

Respectfully Submitted,

_____
Jeffrey A. Gottlieb, Esq.
GOTTLIEB & ASSOCIATES
*Attorneys for Plaintiff*
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Email: jeffrey@gottlieb.legal

SO ORDERED.

_____
Hon. Ronnie Abrams
January 11, 2022